**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.09-63259 |
| | : | |
| Mark D. Herman | : | Chapter 7 |
| S. Judith Herman | : | |
| | : | Judge Hoffman |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $22.88 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| US Bank<br>PO BOX 5229<br>Cincinnati, Ohio 45201-5229 | 14 | $2.73 |
| Nordstrom<br>PO BOX 6566<br>Englewood, CO 80155 | 1 | $4.68 |
| City of Columbus<br>Water & Sewer<br>PO BOX 182882<br>Columbus, Ohio 43218-2882 | 2 | $4.72 |
| American Infosource LP<br>As agent for Target<br>PO BOX 248866<br>Oklahoma City, OK 73124-8866 | 3 | $4.97 |

| Creditor | Claim # | Amount |
|---|---|---|
| American Electric Power<br>PO BOX 2021<br>Roanoke, VA 24022-2121 | 6 | $0.41 |
| Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 8 | $4.58 |
| Mount Carmel Health<br>Trevor J. Innocenti, Esq.<br>117 W. Main St, Suite 206<br>Lancaster, Ohio 43130 | 9 | $0.79 |

Total Unclaimed/Small
Dividends $25.00 or under

$22.88

Total Unclaimed
Dividends Over $25.00

$_____

Dated:  June 9, 2011

Case Trustee: /s/Christal L. Caudill
Christal L. Caudill
2130 Arlington Ave.
Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215